UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-22217-CIV-WILLIAMS

CLAUDIA THOMPSON,

    Plaintiff,

v.

CARNIVAL CORPORATION, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation (DE 20) on Defendant Carnival Corporation's Motion to Dismiss (DE 10). No objections were filed. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 20) is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion to Dismiss (DE 10) is **GRANTED** in part and **DENIED** in part as set forth in the Report.

3. Plaintiff shall file an Amended Complaint within fourteen (14) days of the date of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 20th day of January, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE